UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08-cr-79 |
| v. ) | |
| ) | Judge Edgar/Judge Carter |
| MICHAEL LEWIS ) | |

## ORDER

Defendant Lewis moves to suppress a search and to suppress incriminating statements that he made after that search. The motion [Doc. No. 18] was referred to Magistrate Judge William B. Mitchell Carter for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Magistrate Judge Carter held an evidentiary hearing and has submitted his report and recommendation. [Doc. No. 26]. It is recommended that the defendant's motion to suppress be denied. Defendant has filed no objections to the report and recommendation.

The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). For the reasons expressed in the report and recommendation, the defendant's motion to suppress a search [Doc. No. 18] is **DENIED**. A new case management order will be entered separately to reschedule this case for trial.

SO ORDERED.

ENTER this the 23rd day of January, 2009.

                                           */s/ R. Allan Edgar*
                                           R. ALLAN EDGAR
                                   UNITED STATES DISTRICT JUDGE